1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Rd., St. 300
5  San Diego, CA 92131
6  (858) 375-7385
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8
   Richard Morin (SBN 285275)
9  legal@rickmorin.net
   LAW OFFICE OF RICK MORIN, PC
10 555 Capitol Mall Suite 750
   Sacramento, CA 95814-4508
11 Phone: (916) 333-2222
   Fax: (916) 273-8956
12 Attorneys for Defendant
   Executive Inn, Inc.

13
14                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA

15 | SCOTT JOHNSON,                    ) Case No.: 5:19-CV-00238-BLF
16 |         Plaintiff,                )
   | v.                                ) **JOINT STIPULATION FOR**
17 |                                   ) **DISMISSAL PURSUANT TO**
   | EXECUIVE INN, INC., a California  ) **F.R.C.P. 41 (a)(1)(A)(ii)**
18 | Corporation; and Does 1-10,       )
   |                                   )
19 |         Defendants.               )
20

21       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
22 parties hereto that this action may be dismissed with prejudice as to all parties; each
23 party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
24 matter has been resolved to the satisfaction of all parties.

25
26
27
28

Dated: July 25, 2019        CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff

Dated: July 25, 2019        LAW OFFICE OF RICK MORIN, PC


                            By:   /s/ Richard Morin
                                  Richard Morin
                                  Attorneys for Defendant
                                  Executive Inn, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Executive Inn, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 25, 2019                    CENTER FOR DISABILITY ACCESS

                                      By:   /s/ Amanda Lockhart Seabock
                                              Amanda Lockhart Seabock
                                              Attorneys for Plaintiff